# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Ronald Satish Emrit

**CIVIL NUMBER: 4:25-cv-00004-SMR-HCA**

Plaintiff(s),

v.  **JUDGMENT IN A CIVIL CASE**

Elon Musk, et. al.

Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

✔ **DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Complaint fails to state a claim upon which relief can be granted. Case dismissed. Judgment is entered in favor of Defendants and against Plaintiff.

Date: January 17, 2025

CLERK, U.S. DISTRICT COURT

/s/ M. Engelstad

By: Deputy Clerk